**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE RAMSEY,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 09-1462 LJO SMS<br><br>**ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO ANOTHER DISTRICT JUDGE** |

On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself from this action and DIRECTS this Court's clerk to reassign another district judge to this action. Upon reassignment, all papers shall bear the new case number with the new district judge's initials.

IT IS SO ORDERED.

**Dated:　　August 24, 2009**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE